BENÍTEZ, APPELLANT, *v.* REGISTRAR OF SAN JUAN, RESPONDENT.

GARCÍA, APPELLANT, *v.* REGISTRAR OF SAN JUAN, RESPONDENT.

APPEALS from Decisions of the Registrar of Property Refusing to Record a Deed of Sale.

Nos. 299 and 301.—Decided December 22, 1916.

Decided on the grounds of the opinion in the case of *Castro* v. *Registrar of San Juan, ante.*

*Mr. Manuel Benítez Flores* for the appellants.
The respondent did not appear.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.